MICHAEL J. BARCELONA, Appellant, v. LEW ARNOLD, Defendant, and JOHN F. CAMPANELLA, Respondent.— Judgment and order reversed on the law and facts, and a new trial granted, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of evidence. All concur. (Appeal from a judgment for defendant in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ARLINE B. DAVIS, as Administratrix of the Estate of IRVING J. DAVIS, Deceased, Respondent, v. ROLLAND B. MARVIN, Appellant.— Judgments affirmed, with costs. All concur, McCurn, P. J., not voting. (Appeal from a judgment of Syracuse Municipal Court for plaintiff in an action to recover money due under an agreement to settle litigation; also appeal from judgment of affirmance in the same court entered on an order by Onondaga County Court affirming the Municipal Court judgment.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post,* p. 849.]

ARCHIBALD B. KIRKWOOD, JR., Respondent, v. FRANK CAMPBELL et al., Defendants, and JAY S. POTTER et al., Doing Business as "POTTER BROS.", Appellants.— Judgment and orders affirmed, with costs. All concur. (Appeal by defendants Potter from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

MARIAN J. MEYERS, as Administratrix of the Estate of ELIZABETH J. LEWORTHY, Deceased, Appellant, v. LEWORTHY MOTORS INC. et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment dismissing the complaint in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.